IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30715
Summary Calendar

_____

LARRY E. CLARK; L & M HAIR CARE PRODUCTS INCORPORATED,

Plaintiffs-Appellants,

versus

FREDERICO PENA, Secretary of United States Department of
Transportation; RODNEY SALTER, Administrator of United States
Department of Transportation; FRANK DENTON, Secretary of
Louisiana  Department of Transportation and Development; JAMES M.
DOUSHAY, Administrator of Louisiana Department of Transportation
and Development,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-1360
- - - - - - - - - -

August 11, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

By opinion entered on June 30, 1999, sanctions were assessed

against Larry E. Clark, Hilry Huckaby and Henry B. Jones, and the

Louisiana defendants were ordered to submit an itemized list of

their fees and expenses to the Clerk.  They have done so in the

amount of $13,025.20.  That amount is hereby APPROVED and shall be

_____

[1]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

used to determine the amounts due pursuant to the June 30, 1999 opinion of this court.